FLORENCE C. BARCLAY, on Behalf of EDGAR L. MARSTON, III, Respondent, v. EDGAR L. MARSTON, II, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Bastow, Botein and Bergan, JJ. [204 Misc. 656.]

GROSS DISTRIBUTORS, INC., Respondent, v. ALBERT V. SAPHIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Bastow, Botein and Bergan, JJ.

HELEN KRISS, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

HERMAN LEVIN, as One of the Executors of MORRIS LEVIN, Deceased, Respondent, v. MORRAL REALTY CORPORATION, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan. JJ.

In the Matter of the Arbitration between BRIGHTON MILLS, INC., Respondent, and LESAVOY INDUSTRIES, INC., Appellant. In the Matter of the Arbitration between LESAVOY INDUSTRIES, INC., Appellant, and BRIGHTON MILLS, INC., Respondent.— Judgment and order entered June 12, 1952, and the order entered June 4, 1952, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

In the Matter of RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent. TRADE MOUNTING AND FINISHING COMPANY et al., Tenants; REGAL TYPEWRITER CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

MINROID MANUFACTURING CORPORATION, Appellant, v. REMONTS CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN WEINSTEIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

MARGUERITE A. ALEXANDER, Respondent, and LIONEL ALEXANDER, Plaintiff, v. T. VICTOR SEARING et al., Defendants-Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants, upon the ground of excessiveness, unless the plaintiff stipulates to reduce the verdict to $22,500 in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.